1 | BARRY E. HINKLE, Bar No. 071223
PATRICIA A. DAVIS, Bar No. 179074
2 | NICOLE M. PHILLIPS, Bar No. 203786
WEINBERG, ROGER & ROSENFELD
3 | A Professional Corporation
1001 Marina Village Parkway, Suite 200
4 | Alameda, California 94501-1091
Telephone 510.337.1001
5 | Fax 510.337.1023

6 | Attorneys for Plaintiffs

7 | MICHAEL P. QUINLIVAN, Bar No. 58062
KOUNS, QUINLIVAN & SEVERSON
8 | Ten Almaden Boulevard, Suite 1250
San Jose, CA 95113
9 | Telephone 408 278-0125
Fax 408 292-1257

Attorneys for Defendants
ALFRED CONRAD JEPSEN and AL-CON
CONCRETE CONTRACTORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NOTHERN CALIFORNIA, CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA, CEMENT MASONS VACATION/HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA, CEMENT MASONS APPRENTICESHIP AND TRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiff, <br><br> v. <br><br> ALFRED CONRAD JEPSEN, Individually, ALFRED CONRAD JEPSEN Individually and doing business as AL-CON CONCRETE CONTRACTORS, INC., and AL-CON CONCRETE CONTRACTORS, INC., A California Corporation, <br><br> Defendants. | No.   CV 09-0981 MHP <br><br> **REQUEST FOR DISMISSAL WITH RETAINED JURISDICTION;** [~~PROPOSED~~] **ORDER** |

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

1

REQUEST FOR DISMISSAL
Case No. 09-00981 MHP

PURSUANT TO THE PROVISIONS of the written settlement agreement between the parties, which resolve all outstanding claims for damages, attorneys fees, litigation expenses and costs, and which directs the plaintiffs to request dismissal of the action with prejudice, but to request that the District Court retain jurisdiction to interpret and enforce the settlement agreement,

PLAINTIFF HEREBY REQUESTS that the action be dismissed with prejudice but with the Court retaining special jurisdiction for no more than eighteen (18) months to interpret and enforce the agreement.

Dated:  April 15, 2010

                WEINBERG, ROGER & ROSENFELD
                A Professional Corporation

                By: //s//
                      NICOLE M. PHILLIPS
                      Attorneys for Plaintiffs

Dated:  April 15, 2010

                By: //s//
                      MICHAEL P. QUINLIVAN
                      Attorneys for Defendants

**[PROPOSED-] ORDER**

SO ORDERED.

Dated:  __4/16/2010__                 HONORABLE MARILYN H. PATEL
                                        UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED. Judge Marilyn H. Patel* (court seal, signed)

120667/568258

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001